1  TOMAS E. MARGAIN, Bar No. 193555
   DAL BON & MARGAIN APC
   28 NORTH 1ST SUITE 700
2  SAN JOSE, CA 95113
   TEL (408) 297-4729
3  FAX (408) 297-4728
   margainlaw@hotmail.com
4
5   Attorneys for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                 FOR NORTHERN DISTRICT OF CALIFORNIA

8

9  DANIEL CASTILLO                 | Case No.: CV 10-05189 SBA

10         Plaintiff                | **STIPULATION AND ORDER TO RESET
                                    | INTIAL CASE MANAGEMENT
11 v.                               | CONFERENCE TO JUNE 23, 2011**

12 LIRA & MERCADO, INC.; ARTHUR

13 MERCADO and ALEJANDRO LIRA;

14         Defendants

15     **THE PARTIES THROUGH THEIR ATTORNEYS OF FRECORD HEREBY
                       STIPULATE AS FOLLOWS**
16
17     1.     The initial Case Management Conference set for May 12, 2011 can be reset to

18 June 23, 2011 at 3:15 p.m.

19     2.     On June 23, 2011, Plaintiff's counsel will place a call to Defendant's counsel and

20 then call the Court per the Court's Case Management Order.

21     IT IS SO STIPULATED

22
   Dated:  May 13, 2011
23

24                                    By: ____//s// Tomas Margain_____
                                           Tomas E. Margain
25                                         Attorney for Plaintiff

                                      - 1 -
STIPULATION AND ORDER

Dated: May      , 2011

By:

GEORGE T. LENAHAN, JR.

Attorney for Defendants LIRA & MERCADO, INC.; ARTHUR MERCADO and ALEJANDRO LIRA

**ORDER**

**BASED ON THE ABOVE STIPUATEN** and good cause shown, the Initial Case Management Conference is re-Set to June 23, 2011 at 3:15 p.m.  A Joint Case Management Statement must be e-filed 10 days prior to the Case Management Conference.  Plaintiff's counsel is instructed to call Defendants' counsel and then place a call to the chambers at (510) 637-3559.

IT IS SO ORDERED.5/19/11

By: *[signature]*
THE HONORABLE SANDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE