UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

DANIEL CASTILLO

        Plaintiff

v.

LIRA & MERCADO, INC.; ARTHUR
MERCADO and ALEJANDRO LIRA;

           Defendants

Case No.: CV 10-05189 SBA

**ORDER TO DISMISS ENTIRE
ACTION WITH PREJUDICE;
COURT TO RETAIN JURISDICTION
TO ENFORCE PAYMENT
AGREEMENT**

**ORDER**

      Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice.  All deadlines are hereby terminated.  The parties have reached a settlement through counsel.  The Court retains jurisdiction to enforce the terms of the payment provision of the settlement until March 9, 2012.  At that time, the Court directs the clerk to close the file.  This Order is without waiving the ability of any party to move to enforce other provisions of the settlement agreement if there is a breach by separate legal proceedings.

      IT IS SO ORDERED.

Dated: 10/31/11            By.

                      Saundra D. Armstrong
                      United States District Court

STIPULATION AND ORDER